UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO JESUS ZENDEJAS,<br><br>                      Petitioner,<br><br>     v.<br><br>ROBERTO A. ARIAS,<br><br>                      Respondent. | Case No. 2:24-cv-06538-DOC-SSC<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE AND DENYING CERTIFICATE OF APPEALABILITY** |

1 | Pursuant to 28 U.S.C. § 636 the Court has reviewed the petition, all of
2 | the records herein, and the Report and Recommendation of United
3 | States Magistrate Judge to which no objections were filed.  The Court
4 | accepts the findings and conclusions of the Magistrate Judge in the
5 | Report and Recommendation.
6 |     IT IS ORDERED that judgment be entered denying the amended
7 | petition and dismissing this action with prejudice.
8 |     Further, the Court finds that Petitioner has not made a
9 | substantial showing of the denial of a constitutional right or that the
10 | court erred in its procedural ruling and, therefore, a certificate of
11 | appealability will not issue in this action.  See 28 U.S.C. § 2253(c)(2);
12 | Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003);
13 | *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

DATED: January 15, 2026

/s/ David O. Carter

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE