JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO JESUS ZENDEJAS,<br><br>                Petitioner,<br><br>      v.<br><br>ROBERTO A. ARIAS,<br><br>                Respondent. | Case No. 2:24-cv-06538-DOC-SSC<br><br>**JUDGMENT** |

      Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the amended petition is denied and this action is dismissed with prejudice.

DATED: January 15, 2026

                                      HONORABLE DAVID O. CARTER
                                      UNITED STATES DISTRICT JUDGE